FILED

05/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0171

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. OP 20-0171

VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC.,

Petitioners,

v.

MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS AND CLARK COUNTY, THE HONORABLE JAMES P. REYNOLDS, DISTRICT JUDGE,

Respondent.

## [PROPOSED] ORDER

Petitioners have filed a motion for leave to file a reply memorandum to their petition for writ of supervisory control. The reply memorandum was attached to the motion, and has been lodged with the Clerk. Good cause appearing therefor,

IT IS ORDERED that the Clerk is directed to file the reply memorandum.

DATED this _____ day of May, 2020.

For the Court,

By _____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 12 2020